# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JERRI G. SMITKO

VERSUS

MARISSA A. ACHEE, KIEL
THERIOT, II

NO.   2020 CW 0510

**JUNE 18, 2020**

---

In Re:   Kiel and Jessica Theriot, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 185476.

---

**BEFORE:   GUIDRY, McDONALD, WELCH, CHUTZ, AND BURRIS,[1] JJ.**

**REQUEST FOR STAY DENIED; WRIT GRANTED.** The portion of the trial court's May 22, 2020 judgment which pretermitted the exception of no right of action and continued the hearing to June 19, 2020 is reversed. Relators herein, Kiel and Jessica Theriot, the grandparents of the minor child whose custody is at issue herein falls within the class of persons entitled to assert a claim for custody pursuant to La. Civ. Code art. 133. The exception of no right of action filed by Jerri Smitko to the petition of intervention filed by relators is denied.

JMG
JMM
JEW
WRC
WJB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.